Printed: 09/16/10 08:10 AM                                   Page: 1

## Claims Distribution Small Checks

Case: 09-51493 - TESDAHL, JAMES A

Trustee: Bridget A. Brine (430170)

| Account No. | Check No. | Issued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9200526258966 | 114 | 09/16/10 | | | | | | | |
| | | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
| | | | Payee: | | U.S. Bankruptcy Court | | Check Amount: | | $13.85 |
| | | 1I | 12/28/09 | 640 | PS RUDIE AND ASSOC | 0.10 | 0.10 | 0.10 | 0.10 |
| | | 2I | 01/04/10 | 640 | NATIONAL ACCOUNT SERVICES INC | 1.75 | 1.75 | 1.75 | 1.75 |
| | | 3I | 01/07/10 | 640 | ASSET ACCEPTANCE | 1.06 | 1.06 | 1.06 | 1.06 |
| | | 4I | 01/26/10 | 640 | DULUTH CLINIC | 4.30 | 4.30 | 4.30 | 4.30 |
| | | 5I | 01/31/10 | 640 | Recovery Management Systems Corporation | 3.30 | 3.30 | 3.30 | 3.30 |
| | | 6I | 01/31/10 | 640 | Recovery Management Systems Corporation | 1.36 | 1.36 | 1.36 | 1.36 |
| | | 7I | 01/31/10 | 640 | Recovery Management Systems Corporation | 0.93 | 0.93 | 0.93 | 0.93 |
| | | 9I | 04/19/10 | 640 | ST LUKES CLINICS | 0.49 | 0.49 | 0.49 | 0.49 |
| | | 10I | 04/23/10 | 640 | LYNNE CHILBERG DDS | 0.56 | 0.56 | 0.56 | 0.56 |

RECEIVED
2010 SEP 20 AM 9:57
U.S. BANKRUPTCY COURT
DULUTH, MN

(*) Denotes objection to Amount Filed